# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:23-CV-00888-FDW-SCR

| | | |
|---|---|---|
| **ANGELA MYERS, et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NATIONAL ASSOCIATION FOR** | ) | |
| **STOCK CAR AUTO RACING, INC., et,** | ) | |
| **al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Bonnie DelGobbo and Joel C. Griswold]" (Doc. Nos. 9&10) filed February 21, 2024. For the reasons set forth therein, the Motions will be <u>granted</u>.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Frank D. Whitney</u>.

Signed: February 22, 2024

**SO ORDERED**.

Susan C. Rodriguez
United States Magistrate Judge